Raymond SHERMAN, Sr., Plaintiff–Appellant,

v.

Suzzan HUBBARD, Director of Corrections; N. Grannis, Chief of Inmate Appeals; D.K. Sisto, Warden; E. Pryor, Saoi(s) CSP Solano; S. Cervantes, Correctional Counselor II, Defendants–Appellees.

No. 09–15669.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 10, 2010.*

Filed Aug. 27, 2010.

Raymond Sherman, Sr., Vacaville, CA, pro se.

Before: HAWKINS, McKEOWN, and IKUTA, Circuit Judges.

MEMORANDUM **

Raymond Sherman, a California state prisoner, appeals pro se from the district court's dismissal of his complaint for failure to state claim. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's decision to dismiss a complaint for failure to state a claim. *Ed-*

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*wards v. Marin Park, Inc.*, 356 F.3d 1058, 1061 (9th Cir.2004). We affirm.

Sherman's claim that the defendants prematurely authorized a restitution payment from his prison account does not state a cognizable constitutional claim because he has an adequate remedy under the California Tort Claims Act. *See Zimmerman v. City of Oakland*, 255 F.3d 734, 737–38 (9th Cir.2001).

Likewise, Sherman's arguments about the inadequacies of the prison appeals process do not state a cognizable constitutional claim because Sherman does not have a constitutional right to a particular grievance process. *See Ramirez v. Galaza*, 334 F.3d 850, 860 (9th Cir.2003).

We have considered and are not persuaded by Sherman's remaining contentions.

**AFFIRMED.**